PD-0922&0923-15

PD-0922-15 & PD-0923-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/22/2015 1:04:25 PM
Accepted 7/24/2015 9:13:48 AM
ABEL ACOSTA
CLERK

CAUSE NO. _____

## THE COURT OF CRIMINAL APPEALS

## OF TEXAS AT AUSTIN

**CODY CARR, Appellant**

**VS.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from Cause Nos. 1405759 &1405761**
**In the 183RD Judicial District Court**
**Harris County, Texas**

## MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

The Appellant, Cody Carr, respectfully requests that the deadline for filing his Petition for Discretionary Review be extended for 32 days – until August 24, 2002.[1]

1.    Carr was charged in two cases with aggravated sexual assault of a child. These cases were consolidated and tried to a jury at the same time.

2.    Carr was convicted of both cases. The trial court assessed punishment in each case at six years in prison, to run concurrently.

---

[1]/ *See* TEX. R. APP. P. 68.2(c).

FILED IN
COURT OF CRIMINAL APPEALS

July 24, 2015

ABEL ACOSTA, CLERK

3.      Carr timely filed his notice of appeal in both cases, which were consolidated for appellate purposes.

4.      Carr's convictions were affirmed by the Fourteenth Court of Appeals, in a published opinion, on June 23, 2002.[2]

5.      Carr's Petition for Discretionary Review is due on July 23, 2015.[3]

6.      No previous requests for extensions have been sought or granted.

7.      This is Carr's first request for an extension.

8.      The day after the appellate court affirmed Carr's convictions, counsel met with Carr to discuss his options. It was initially thought that Carr would be unable to pursue his appeal further by seeking discretionary review.

9.      Approximately ten days later, counsel traveled to England to visit his brother, who had recently suffered a mini stroke. Counsel returned to Texas on July 17, 2015.

10.     Upon his return, counsel again met with Carr (on July 20, 2015), and was told that circumstances had changed and Carr did, indeed, want to file a Petition for discretionary Review with this Court.

11.     Because of this short notice, which was in part occasioned by counsel's

---

[2]/ *See Carr v. State*, Nos. 14-14-00085-CR & 14-14-00087-CR (Tex. App. – Houston [14th Dist.] June 23, 2015)(not yet reported).

[3]/ *See* TEX. R. APP. P. 68.2(a).

traveling to England, counsel has been unable to adequately prepare Carr's petition.

12. Carr therefore asks that the deadline for filing his Petition for Discretionary Review be extended for thirty-two days, until August 24, 2015.

13. This Motion is not made for the purpose of delay.

14. Carr additionally asks for all other relief that he is deemed entitled to receive.

Respectfully submitted,

KETTERMAN HEDLESTEN & AMANN, PLLC

By: /s/ Colin B. Amann
    COLIN B. AMANN
    State Bar No. 01138100
    1004 Prairie, Suite 300
    Houston, Texas 77002
    (713) 652-2003
    (713) 652-2002 (Facsimile)
    colin@khalawyers.com

## CERTIFICATE OF SERVICE

A copy of Carr's Motion for Extension of Time to File Petition for Discretionary

Review was sent to the following party(ies) by the means indicated on July 21, 2015:

*E-Mail Delivery:*
curry_alan@dao.hctx.net

Appellate Division
Harris County District Attorney
Houston, Texas

/s/ Colin B. Amann
COLIN B. AMANN